UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFREY ERIC SCHAEFER,               No. 10-11840

        Plaintiff,                  District Judge Stephen J. Murphy, III

v.                                 Magistrate Judge R. Steven Whalen

FIRST DATA CORPORATION,

        Defendant.

_____/

## ORDER

Before the Court is Plaintiff's self-styled "Motion for Public Access to Electronic Court Records, Pacer" [Docket #5].  Plaintiff has filed a *pro se* civil complaint alleging violations of the Electronic Funds Transfer Act, 15 U.S.C. § 1693, *et. seq.*  He asks that the Court enter an order "granting him a Pacer account, consistent with his *IN FORMA PAUPERIS* status."

Plaintiff does not need an order from this Court to obtain a Pacer account.  Pacer registration is available to the public, for free.  Copies of documents may be retrieved and viewed for $.08 per page, as follows:   PACER charges $0.08 per page retrieved.  This applies to both the pages of search results and the pages of documents you retrieve.  The charge for any single document is capped at $2.40, the equivalent of 30 pages.  The cap does not apply to name searches, reports that are not case specific, and transcripts of federal court proceedings.  If you accrue a total of less than $10.00 worth of charges in any given quarter, fees are waived for that quarter. Plaintiff may contact the Clerk's Office for further information.

Plaintiff's present motion is therefore DENIED..

IT IS SO ORDERED.

S/R. Steven Whalen<br>
R. STEVEN WHALEN<br>
UNITED STATES MAGISTRATE JUDGE

Dated:  July 28, 2010

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on July 28, 2010.


S/G.  Wilson<br>
Judicial Assistant